AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Joesette Johnson, individually and on behalf of all others similarly situated, | ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) ) | Civil Action No.    1:24-cv-01144-JDA |
| Soojimus, LLC, | ) | |
| *Defendant*. | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff, Joesette Johnson, individually and on behalf of all others similarly situated, take nothing of the defendant, Soojimus, LLC, and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Jacquelyn D. Austin, US District Judge, presiding.  The Court having heard and granted the defendant's motion to dismiss.

Date:        August 19, 2025                    *ROBIN L. BLUME, CLERK OF COURT*

                                                             s/ Amanda D. Hilley

                                                    *Signature of Clerk or Deputy Clerk*